1  Joseph Lavi, Esq. (SBN 209776)
   Vincent C. Granberry, Esq. (SBN 276483)
2  Courtney M. Miller, Esq. (SBN 327850)
   **LAVI & EBRAHIMIAN, LLP**
3  8889 W. Olympic Boulevard, Suite 200
   Beverly Hills, California 90211
4  Telephone: (310) 432-0000
   Facsimile: (310) 432-0001
5  Emails:  jlavi@lelawfirm.com
            vgranberry@lelawfirm.com
6           cmiller@lelawfirm.com
            WHT1@lelawfirm.com
7
   Sahag Majarian II, Esq. (SBN 146621)
8  **LAW OFFICES OF SAHAG MAJARIAN, II**
   18250 Ventura Boulevard
9  Tarzana, California 91356
   Telephone: (818) 609-0807
10 Facsimile: (818) 609-0892
   Email:   sahagii@aol.com
11
   Attorneys for Plaintiff JAVIER MANRIQUEZ,
12 individually and on behalf of other members of the
   general public similarly situated
13
   *Additional Counsel Next Page*
14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| JAVIER MANRIQUEZ, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>J.B. HUNT TRANSPORT, INC.; and DOES 1 to 100, inclusive,<br><br>            Defendants. | CASE NO. 22-cv-03060-SK<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND DEADLINES; [PROPOSED] ORDER**<br><br>Removal Filed:   May 24, 2022<br>Trial Date:      None Set |

---

1

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO
VACATE DATES AND DEADLINES; [PROPOSED] ORDER

*Manriquez vs. J.B. Hunt Transport, Inc.*
Case No. 22-CV-03060-SK

1 | JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
2 | KEELIA K. LEE (SBN 346549)
400 Capitol Mall, Suite 1600
3 | Sacramento, California 95814
Telephone: (916) 341-0404
4 | Facsimile: (916) 341-0141
Email: Nathan.Austin@jacksonlewis.com
5 |       Keelia.Lee@jacksonlewis.com

6 | JACKSON LEWIS P.C.
ROBERT YANG (SBN 312964)
7 | 50 California Street - 9th Floor
San Francisco, California 94111
8 | Telephone: (415) 796-5340
Email: Rob.Yang@jacksonlewis.com

Attorneys for Defendant
10 | J.B. HUNT TRANSPORT, INC.

2

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND DEADLINES; [PROPOSED] ORDER

*Manriquez vs. J.B. Hunt Transport, Inc.*
Case No. 22-CV-03060-SK

Plaintiff Javier Manriquez ("Plaintiff") and Defendant J.B. Hunt Transport, Inc. ("Defendant") (Plaintiff and Defendant collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the Parties have reached a settlement in principle of Plaintiff's individual claims in this action;

**WHEREAS**, the Parties anticipate having a longform settlement agreement drafted, finalized, and executed in the next thirty (30) days; and

**WHEREAS**, to preserve the time and resources of both the Court and the Parties, the Parties respectfully request the Court vacate all current dates and deadlines in this matter, including but not limited to, the deadline of May 26, 2023, for Plaintiff to file an amended pleading (Dkt. 51) and the Case Management Conference scheduled for June 12, 2023 (Order Dated April 12, 2023).

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the undersigned Parties, subject to Court approval:

1. All current dates and deadlines in this matter, including but not limited to, the deadline of May 26, 2023, for Plaintiff to file an amended pleading (Dkt. 51) and the Case Management Conference scheduled for June 12, 2023 (Order Dated April 12, 2023), shall be vacated.

**IT IS SO STIPULATED.**

Dated: May 25, 2023                LAVI & EBRAHIMIAN, LLP
                                   LAW OFFICES OF SAHAG MAJARIAN, II


                                   By: */s/ Courtney M. Miller*
                                       JOSEPH LAVI
                                       VINCENT C. GRANBERRY
                                       COURTNEY M. MILLER
                                       SAHAG MAJARIAN II

                                   Attorneys for Plaintiff
                                   Javier Manriquez, individually and on behalf of
                                   other members of the general public similarly
                                   situated

1
2
3  Dated: May 25, 2023                    JACKSON LEWIS P.C.
4
5                                          By: */s/ Nathan W. Austin*
                                              NATHAN W. AUSTIN
                                              KEELIA K. LEE
6                                             ROBERT YANG
7                                          Attorneys for Defendant
                                           J.B. HUNT TRANSPORT, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO              *Manriquez vs. J.B. Hunt Transport, Inc.*
VACATE DATES AND DEADLINES; [PROPOSED] ORDER              Case No. 22-CV-03060-SK

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Joint Notice of Settlement and Stipulation to Vacate Dates and Deadlines is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 25, 2023                    */s/ Courtney M. Miller*
                                       Courtney M. Miller

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and for good cause shown:

1. All current dates and deadlines in this matter, including but not limited to, the deadline of May 26, 2023, for Plaintiff to file an amended pleading (Dkt. 51) and the Case Management Conference scheduled for June 12, 2023 (Order Dated April 12, 2023), shall be vacated.

**IT IS SO ORDERED.**

Dated: _____

_____
SALLIE KIM
United States Magistrate Judge

4886-4340-3622, v. 1

6
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND DEADLINES; [PROPOSED] ORDER

*Manriquez vs. J.B. Hunt Transport, Inc.*
Case No. 22-CV-03060-SK